05-15-01512-CV

FILED
12/21/2015 5:20:15 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-13-05584-A

| | | |
|---|---|---|
| JUSTINE INGELS | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NUMBER 1 |
| | § | |
| | § | |
| DIANE R. EARNEST | § | |
| Defendant, | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/22/2015 11:03:38 AM
LISA MATZ
Clerk

## AMENDED NOTICE OF APPEAL

*Justine Ingels* desires to appeal the final judgment the Court signed on September 14, 2015 (Hon. D'Metria Benson, presiding) as well as any amended, modified, corrected or reformed final judgment the Court may later sign. Tex. R. App. P. 25.1(a), 27.3. The party appealing is Justine Ingels. This appeal is taken to the Fifth Court of Appeals. Tex. R. App. P. 25.1(d).

(Plaintiff filed her court of appeals docketing statement on Friday, December 18, 2015, in case No. 05-15-01512-CV. Plaintiff is filing an amended/corrected docketing statement today, December 21, 2015.)

Respectfully submitted,

**TED B. LYON & ASSOCIATES, P.C.**

/s/ Richard Mann
**Ted B. Lyon**
tblyon@tedlyon.com
State Bar No. 12741500
**Richard Mann**
rmann@tedlyon.com
State Bar No. 24079640
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150
Telephone: (972) 279-6571
Facsimile: (972) 279-3021
**ATTORNEYS FOR PLAINTIFF**

-1-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing document was duly served pursuant to the Texas Rules of Civil Procedure via E-File and E-Mail on the following counsel of record on this 21st day of <u>December</u>, 2015.

**<u>Via E-Service</u>**
**<u>Via E-Mail: greg.ave@wbclawfirm.com</u>**
Gregory R. Ave
WALTERS BALIDO & CRAIN
Meadow Park Tower
Suite 1500
10440 North Central Expressway
Dallas, Texas  75231

**ATTORNEY FOR DEFENDANT**

          /s/ Richard Mann
RICHARD MANN